IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAI CHEN, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>LEONARD ODDO, *in his official capacity a* )<br>*Facility Administrator of Moshannon Valley* )<br>*Correctional Facility, et al.,* )<br>)<br>Respondents. ) | Civil Action No. 3:26-cv-068<br>District Judge Stephanie L. Haines |

## SERVICE ORDER

AND NOW, this 22nd day of January 2026, **IT IS HEREBY ORDERED** that the United States Marshal shall execute service of this Order, together with a copy of the Petition, ECF No. 1, upon all Respondents, as well as the United States Attorney for the Western District of Pennsylvania.  Service shall be effected within **five (5) days of this order** by **certified mail, return receipt requested**.  Costs shall be borne by the United States.

**IT IS FURTHER ORDERED** that within **14 days** of service of this Order, the Respondents shall answer or otherwise respond to the allegations of the Petition.  Respondents shall provide the Court with all relevant written orders and opinions in Petitioner's immigration case, including any appeals to the Board of Immigration Appeals, as well as a transcript of his bond hearing, if available, and any other administrative proceedings to determine Petitioner's custody status.

**IT IS FURTHER ORDERED** that Petitioner is advised that any and all communication with the Court shall be in the form of a pleading or motion that shall be filed with the Clerk of Court at the following address: **Suite 208, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901**.  Copies of pleadings and motions shall not be sent

1

2

to the judge's chambers.  Letters/correspondence sent to the judge's chambers will not be acknowledged or considered by the Court.

      **IT IS FURTHER ORDERED** that Respondent shall notify this Court in writing of any transfer, release, removal, or other change in the location of Petitioner's custody within **three business days** of its occurrence.  This does not in any way limit Petitioner's responsibility to notify this Court of any changes to his address.

      **IT IS FURTHER ORDERED** that Petitioner must keep the Court advised of his current address at all times throughout this litigation.  Specifically, Petitioner is ordered to notify the Court in writing as to any and all address changes, including all temporary transfers to another jail or prison or other facility.  Petitioner's failure to do so may result in dismissal of this action.

      BY THE COURT:

/s/ Stephanie L. Haines  
STEPHANIE L. HAINES  
UNITED STATES DISTRICT JUDGE

cc:    United States Marshal

       Counsel of Record, CM/ECF