IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAI CHEN, | ) | |
| | ) | Case No. 3:26-cv-00068 |
|    *Petitioner*, | ) | |
| | ) | District Judge Stephanie L. Haines |
|   v. | ) | |
| | ) | |
| LEONARD ODDO, *et al.*, | ) | |
| | ) | |
|    *Respondents*. | ) | |
| | ) | |
| | ) | |

## <u>ORDER</u>

Presently before the Court is Petitioner Kai Chen's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition"). ECF No. 1. Petitioner was detained at the Moshannon Valley Processing Center ("MVPC") on November 13, 2025. ECF No. 5-5, p. 2. The Court finds that Petitioner has been detained for less than six months.

**AND NOW** this 27th day of April, 2026, and for the reasons stated by this Court in *Talebinejad v. Otto*, No. 3:25-cv-329, 2026 WL 21537 (W.D. Pa. Jan. 5, 2026) ("[T]his Court declines to adopt the approach taken by other District Courts that would permit *Zadvydas* claims to be raised prior to the expiration of six months of post-removal detention as that position seemingly nullifies the six-month presumption adopted by the Supreme Court."), it is hereby **ORDERED** as follows:

1. The Petition for Writ of Habeas Corpus, ECF No. 1, is **DENIED** without prejudice to refiling once the six-month post-removal detention period has elapsed.

2. With no further action required by the Court at this time, the Clerk of Court shall mark this matter closed.

Stephanie L. Haines
United States District Judge

Cc/ECF: all counsel of record